ANCA KINOSIAN v. GARABED KINOSIAN.

October 24, 1983.

Petition for certification denied.

ANCA KINOSIAN v. GARABED KINOSIAN.

October 24, 1983.

Cross-petition for certification denied.

CLARA LEININGER v. ESTATE OF ALFRED DEDARD,
IRENE MITTEN, EXECUTRIX.

October 24, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY B. FOWLER.

October 24, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RUFUS BEASLEY.

October 24, 1983.

Petition for certification denied.